1  JULIAN HAMMOND (SBN 268489)
   jhammond@hammondlawpc.com
2  ADRIAN BARNES (SBN 253131)
   abarnes@hammondlawpc.com
3  POLINA BRANDLER (SBN 269086)
   pblandler@hammondlawpc.com
4  ARI CHERNIAK (SBN 290071)
   acherniak@hammondlawpc.com
5  HAMMONDLAW, P.C.
   1201 Pacific Ave, 6th Floor
6  Tacoma, WA 98402
   (310) 601-6766 (Office)
7  (310) 295-2385 (Fax)
   *Attorneys for Plaintiff and the Putative Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LARION KRAYZMAN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ISTOCKPHOTO, L.P.,<br><br>Defendant. | Case No. 3:24-cv-03086-VC<br><br>**JOINT STIPULATION TO VACATE INITIAL STATUS CONFERENCE AND CONVERT IN-PERSON HEARING TO ZOOM;** ~~**PROPOSED**~~ **ORDER**<br><br>Action Filed: May 22, 2024<br>Trial Date: Not Yet Set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Larion Krayzman ("Plaintiff") and Defendant iStockPhoto, L.P. ("Defendant") (collectively, the "Parties") jointly stipulate and request that the Court (a) vacate the Initial Status Conference, and related deadlines, until after the Court rules on Defendant's pending Motion to Compel Arbitration, and (b) convert the September 5, 2024 hearing from in-person to Zoom, as follows:

1. Defendant filed its Motion to Compel Arbitration or in the Alternative Dismiss ("Motion") on June 28, 2024. That motion is scheduled for an in-person hearing on September 5, 2024.

2. On July 29, 2024, the Court continued the Initial Case Management Conference from August 23, 2024 until September 27, 2024. Pursuant to FRCP Rule 26, Civil Local Rule 3-15, and ADR Local Rule 3, the following dates and deadlines apply:

| Case Management Event | Deadline |
| --- | --- |
| Deadline to file ADR Certification. | 9/6/2024 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 9/6/2024 |
| Deadline to exchange initial disclosures | 9/20/2024 |
| Deadline to file Joint Status Conference Statement | 9/20/2024 |
| Initial Status Conference | 9/27/2024 at 10:00 a.m. |

3. Defendant's pending Motion, if granted, will render these dates and deadlines moot.

4. To conserve the Court's and the Parties' resources, and provide the Court time to rule on Defendant's pending Motion, the Parties respectfully request that the Court vacate the Initial Case Management Conference, and related deadlines, and re-set it for 28 days following its ruling on Defendant's Motion, or as soon thereafter as the Court is available.

///

JOINT STIPULATION     2     Case No. 3:24-cv-03086-VC

1       5.      To further conserve the Parties' resources, the Parties also respectfully request that the Court convert the September 5, 2024 hearing regarding from in-person to Zoom.

IT IS SO STIPULATED.

Dated: August 28, 2024                      DAVIS WRIGHT TREMAINE LLP

                                            By:   s/ Sean Sullivan
                                                  Sean M. Sullivan
                                                  Attorney for Defendant
                                                  ISTOCKPHOTO, LP

Dated: August 28, 2024                      HAMMOND LAW, P.C.

                                            By:   s/ Julian Hammond
                                                  Julian Hammond
                                                  Attorney for Plaintiff


**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, THE COURT ORDERS AS FOLLOWS:**

1. The Initial Case Management Conference set for September 27, 2024, and related deadlines, are hereby vacated, to be re-set to a date 28 days following the Court's ruling on Defendant's Motion to Compel Arbitration or in the Alternative Dismiss, or as soon thereafter as the Court is available.

2. The September 5, 2024 hearing on Defendant's Motion to Compel Arbitration or in the Alternative Dismiss is converted from in-person to Zoom.

Dated:  August 28, 2024

_____
The Honorable Vince Chhabria
United States District Judge