UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARION KRAYZMAN,
Plaintiff,

v.

ISTOCKPHOTO LP,
Defendant.

Case No. 24-cv-03086-VC

**ORDER**

Re: Dkt. No. 11

As discussed at the hearing, it appears that the "arising hereunder" language in the forum selection clause in the Terms of Use Agreement is not broad enough to cover this lawsuit (although the choice of law provision appears to cover the dispute). The defendant may file a three-page letter brief by Wednesday addressing this argument.

**IT IS SO ORDERED.**

Dated: September 13, 2024

VINCE CHHABRIA
United States District Judge