UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARION KRAYZMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ISTOCKPHOTO LP,<br><br>　　　　Defendant. | Case No. 24-cv-03086-VC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 26 |

　　The plaintiff's motion for attorneys' fees is denied as frivolous. Section 10 of the License Agreement entitles the parties to fees "arising out of or in connection with any breach or alleged breach" of the agreement. License Agreement § 10, Dkt. No. 26-3. Neither Krayzman nor iStock alleged any breach of the agreement. Section 11d of the License Agreement entitles the prevailing party to fees "relating to that aspect of its claim or defense on which it prevails." Krayzman did not prevail on any aspect of his VPPA claim. California Civil Code Section 1717 also doesn't apply because the contract is governed by New York law. License Agreement § 11d, Dkt. No. 26-3.

　　**IT IS SO ORDERED.**

Dated: November 12, 2024

_____
VINCE CHHABRIA
United States District Judge